# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| JOHN ROBERT STEPHENSON, EXECUTOR OF PLAINTIFF RICHARD W. STEPHENSON'S ESTATE | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 6:19-cv-00639-ADA-JCM |
| Z SYSTEMS CORPORATION, | § § § § | |
| Defendant. | § | JURY DEMANDED |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff John Stephenson, as Executor of the Estate of Richard W. Stephenson, and Defendant Z Systems Corporation announce to the Court that they wish voluntarily to dismiss this action in its entirety with prejudice as to the refiling of the same, with each party bearing its own costs and attorneys' fees, and request that the Court enter the attached Agreed Order of Dismissal with Prejudice.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | |
| */s/ Gail L. Peek (with permission)* | */s/ Katrin U. Schatz* |
| Gail L. Peek | Katrin U. Schatz |
| Texas State Bar No. 24028749 | Texas State Bar No. 00796284 |
| peek@thetexasfirm.com | Katrin.Schatz@jacksonlewis.com |
| **BEARD KULTGEN BROPHY** | Melanie Uremovich |
| **BOSTICK & DICKSON, PLLC** | Texas State Bar No. 24106538 |
| 220 South 4th Street | Melanie.Uremovich@jacksonlewis.com |
| Waco, Texas 76701 | Jackson Lewis P.C. |
| PH: (254) 776-5500 | 500 N. Akard, Suite 2500 |
| FX: (254) 776-3591 | Dallas, Texas 75201 |
| | PH: (214) 520-2400 |
| **ATTORNEYS FOR PLAINTIFF** | FX: (214) 520-2008 |
| | |
| | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

On October 28, 2020, I electronically submitted the foregoing document with the Clerk of the Court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served all counsel of record electronically, as authorized by Federal Rule of Civil Procedure 5(b)(2), including the following:

    Gail L. Peek
    Beard Kultgen Brophy Bostwick & Dickson, PLLC
    Peek@thetexasfirm.com
    220 South 4th Street
    Waco, Texas 76701

                                      /s/ *Katrin U. Schatz*
                                      Katrin U. Schatz